Commonwealth *v.* Foley, Appellant.

Argued December 13, 1926. Appeal No. 314, October T., 1926, by defendant from judgment of Q. S. Schuylkill County, June T., 1926, No. 584, in the case of Commonwealth of Pennsylvania v. Cornelius F. Foley. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN and CUNNINGHAM, JJ. Affirmed.

Indictment charging defendant with libel on a public officer and distributing a defamatory circular without his signature, in violation of the Act of May 25, 1897, P. L. 85. Before BECHTEL, P. J.

The facts are stated in the opinion of the Superior Court.

Verdict of guilty on both counts and judgment of sentence was passed. Defendant appealed.

*Errors assigned,* among others, were various rulings on evidence and the sentence of the court.

*Graham C. Woodward,* for appellant.

*M. M. Burke, A. D. Knittle* and *M. H. Spicker,* Assistant District Attorney, for appellee.

OPINION BY LINN, J., March 3, 1927:

Appellant was indicted for libel and for violation

of the Act of May 25, 1897, P. L. 85. The circulars distributed by him were copies of those distributed by William Wilhelm, appellant in No. 315, October T., 1926. He was convicted and sentenced. His appeal was argued with that of Mr. Wilhelm and raises substantially the same questions, except that in this case there was no controversy concerning the failure of the defendant to take the stand as a witness such as was raised by the 17th assignment of error in Wilhelm's appeal.

For the reasons stated in the opinion this day filed in Commonwealth v. Wilhelm the judgment in this case must be affirmed and the record remitted to the court below and it is ordered that the defendant appear in the court below at such time as he may be there called and that he be by that court committed until he has complied with the sentence or any part of it which had not been performed when the appeal in this case was made a supersedeas.